557

## United States v. M. E. Dey & Co., Inc.

No. 8090.—

Entry No. 583.

(Decided February 18, 1952)

*Charles J. Wagner*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.

Defendant not represented by counsel.

Ford, Judge: When this case was called for hearing, it was agreed between the parties that the correct dutiable value of the involved merchandise was $2.81 per square foot, less the consular fee, plus 4½ per centum tax, packed, and upon this stipulation the appeal was submitted.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable value of the merchandise to be $2.81 per square foot, less consular fee, plus 4½ per centum tax, packed. Judgment will be rendered accordingly.